UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01320-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

CAVALIER FLORIDA LP
a Florida Limited Partnership
d/b/a LA QUINTA INN AND SUITES 171

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Voluntary Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 4, 2023.

    By: **/s/ Gregory S. Sconzo**
    Gregory S. Sconzo, Esq.
    Florida Bar No.: 0105553
    Sconzo Law Office, P.A.
    3825 PGA Boulevard, Suite 207
    Palm Beach Gardens, FL 33410
    Telephone: (561) 729-0940
    Facsimile: (561) 491-9459
    Email: greg@sconzolawoffice.com
    Email: alexa@sconzolawoffice.com
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel via email at: HNorvell@lockelord.com.

         **/s/ Gregory S. Sconzo**
         **Gregory S. Sconzo, Esq.**